371 A.2d 233
Commonwealth v. Maddox, Appellant.

Submitted June 14, 1976. Sebastian M. Rainone, and

580

Rainone & Rainone, for appellant; Ian M. Comisky, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.